# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ROBERTA LAUFENBERG,**

    **Plaintiff,**

**v.**                                                **Case No: 6:22-cv-00621-CEM-EJK**

**RELIANCE STANDARD LIFE**
**INSURANCE COMPANY,**

    **Defendant.**

_____/

## UNOPPOSED MOTION TO VACATE
## DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, Roberta Laufenberg, by and through undersigned counsel, and files this Unopposed Motion to Vacate Dismissal Without Prejudice, and states the following:

1. On March 30, 2022, the Court filed an Order indicating that a Disclosure Statement and a Notice of Pendency must be filed. (Dkt. 3)

2. On April 1, 2022, Plaintiff filed a Certificate of Interested Parties and Corporate Disclosure Statement. (Dkt. 6)

3. A Notice of Pendency was prepared at that time but due to a clerical error, was not filed with the court.

4. Due to this failure to file the Notice of Pendency, the Court issued an Order dismissing the case without prejudice. (Dkt. 11)

WHEREFORE, Plaintiff requests the Court's Order dismissing the case without prejudice be vacated and the Clerk reopen the case.

## MEMORANDUM OF LAW

Rule 60(b)(1) that relief may be sought from an Order of the Court based on "mistake, inadvertence, surprise, or excusable neglect".

Plaintiff submits the failure to file the Notice of Pendency was a clerical error and was not an attempt to disobey the Court's order and therefore falls under Rule 60(b)(1).  Plaintiff respectfully requests this Motion to Vacate be granted and dismissal with prejudice set aside.

## LOCAL RULE 3.01(g) CERTIFICATION

**I HEREBY CERTIFY** that on June 1, 2022, the undersigned conferred with opposing counsel via telephone and she did not object to this Motion to Vacate.

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on June 1, 2022, the undersigned electronically filed the foregoing using the CM/ECF system which will send notices to all parties.

Dated: June 1, 2022

TUCKER LAW GROUP, P.A.

 s/ William C. Demas
WILLIAM C. DEMAS, ESQUIRE
Florida Bar #142920
demas@tuckerlawgroup.com
5235 16th Street North
St. Petersburg, FL 33703
Tel.:   (727) 572-5000
Fax:   (727) 571-1415
Lead Attorney for Plaintiff